**No.**

IN THE

# United States Court of Appeals For the First Circuit

IN RE: GREGORY ALVIN JAMES VAN ETTEN,

*Petitioner.*

---

ON PETITION FOR WRIT OF MANDAMUS TO THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

(HON. MARGARET R. GUZMAN, U.S. DISTRICT JUDGE)

---

NOTICE PRESERVING RIGHT TO RENEW MANDAMUS DUE TO
ONGOING DISTRICT COURT INACTION AND FILING RESTRICTIONS

---

GREGORY ALVIN JAMES VANETTEN
C/O: 1530 P B LN #V1425
WICHITA FALLS, TEXAS [76302]
(301) 820-5302

# Notice Preserving Right to Renew Mandamus Due to Ongoing District Court Inaction and Filing Restrictions

Petitioner respectfully notifies the Court that his prior Petition for Writ of Mandamus in this matter was denied on October 7, 2025, without opinion.

Since that date, proceedings in *Van Etten v. Fattman et al.*, No. 4:24-cv-40113-MRG (D. Mass.), remain unresolved on the threshold jurisdictional question raised in the petition. The Article III judge has not ruled on Plaintiff's pending Rule 60(b)(4) motion, while the assigned magistrate—without consent under 28 U.S.C. § 636(c)—has imposed restrictions that effectively block or delay Plaintiff's ability to file and seek timely adjudication.

This notice is submitted to maintain a complete procedural record and to preserve Petitioner's right to seek renewed mandamus relief should the district court fail to act within seven (7) days. The underlying controversy remains live and of continuing constitutional significance under 28 U.S.C. § 1657(a).

Respectfully submitted,

/s/ *Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Petitioner
Self-Represented

## Certificate of Service

I, Gregory Alvin James Van Etten, hereby certify that this document **"Notice Preserving Right to Renew Mandamus Due to Ongoing District Court Inaction and Filing Restrictions, EMERGENCY COVER SUMMARY, EXHIBITS INDEX and EXHIBIT A-F"** filed through the CM/ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing(NEF), and a copy was also sent to the Respondents' counsel, Nigel Stevens, Assistant Attorney General, via email to email address on the record, nigel.stevens@mass.gov, on October 29, 2025.

*/s/ Gregory Alvin James Van Etten*

Gregory Alvin James Van Etten
c/o: 1530 P B LN #V1425
Wichita Falls, Texas [76302]
ph: 301-820-5302
email: jim.vanetten@gmail.com
Petitioner
Self-Represented