# United States Court of Appeals
## For the First Circuit

---

No. 25-1852

IN RE: GREGORY ALVIN JAMES VAN ETTEN,

Petitioner.

---

Before

Barron, <u>Chief Judge</u>,
Montecalvo and Aframe, <u>Circuit Judges</u>.

---

**ORDER OF COURT**

Entered: December 8, 2025

The Renewed Emergency Petition for Writ of Mandamus is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gregory J. Van Etten
Nigel Stevens